UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

EARLIE BENEVOLENCE BERRY, JR.,  )
                                )
                    Plaintiff,  )
        v.                      )   No. 1:07-cv-233-DFH-TAB
                                )
DAVID W. BARR,                  )
                                )
                    Defendant.  )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 2/27/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distribution:

Earlie Berry, Jr.
DOC # 932151
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064