UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EARLIE BENEVOLENCE BERRY, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVID W. BARR, )<br>)<br>Defendant. ) | No. 1:07-cv-233-DFH-TAB |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date:  2/27/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Earlie Berry, Jr.
DOC # 932151
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064